IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>-and-<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

RULE 7.1(a) STATEMENT
OF PLAINTIFF RENESAS TECHNOLOGY CORP.

Hitachi, Ltd. owns 55% of plaintiff Renesas Technology Corp. ("Renesas"), and Mitsubishi Electric Corporation owns the remaining 45% of Renesas.

*[signature]*

Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Renesas Technology Corp.*

-2-

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telehpone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

DATED: January 26, 2007