**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

RENESAS TECHNOLOGY CORP.,

    Plaintiff,

        v.

SAMSUNG ELECTRONICS CO., LTD.,
      -and-
SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendants.

Civil Action No. 07-53 (UNA)

**JURY TRIAL DEMANDED**

**PLAINTIFF'S MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE OF JAMES R. KLAIBER**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of the following attorney to represent plaintiff Renesas Technology

Corporation: James R. Klaiber, MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan

Plaza, New York, New York 10005, 212.530.5000. Payment in the amount of $25.00 has been

submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Renesas Technology Corp.*

DATED: February 1, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2007, that

counsel's motion for admission *pro hac vice* is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court

and am admitted, practicing and in good standing as a member of the Bar of the State of New

York, the U.S. District Courts for the Southern and Eastern Districts of New York, the U.S.

Court of Appeals for the Federal Circuit, and the U.S. Patent and Trademark Office. Pursuant to

Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that

occurs in the preparation or course of this action. I also certify that I am generally familiar with

this Court's Local Rules.

_____
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000

Dated: January 31, 2007