## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RENESAS TECHNOLOGY CORP.,

    Plaintiff,

        v.

SAMSUNG ELECTRONICS CO., LTD.,
        -and-
SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendants.

Civil Action No. 07-53 (JJF)

**JURY TRIAL DEMANDED**

### PLAINTIFF'S MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE OF MICHAEL M. MURRAY

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent plaintiff Renesas Technology Corporation: Michael M. Murray, MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza, New York, New York 10005, 212.530.5000. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

DATED: February 7, 2007

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*John M Seaman*

Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Renesas Technology Corp.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2007, that

counsel's motion for admission *pro hac vice* is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court

and am admitted, practicing and in good standing as a member of the Bar of the State of New

York; U.S. District Court, District of Massachusetts; Southern and Eastern District s of New

York; State of Massachusetts; U.S. Court of Appeals, Federal Circuit; and District of Colorado.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any

misconduct that occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.

_____
Michael M. Murray
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telehpone: 212.530.5000

Dated: February 6, 2007
NY2:#4726445v1