## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2007, I caused to be served a copy of the **Stipulation and Order Extending Time** upon the following non-registered participant by email:

>Timothy Devlin, Esquire
>FISH & RICHARDSON, P.C.
>919 N. Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE  19801

*/s/ John M. Seaman*
John M. Seaman (#3868)

{BMF-W0043894.}