IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>      Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>      Defendants | C.A. No. 07-53 - JJF |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Richard A. Sterba and Michael J. McKeon to represent Samsung Electronics Co. Ltd and Samsung Electronics America, Inc. in this matter.

Signed: */s/ Timothy Devlin*_____
        Timothy Devlin (#4241)
        919 N. Market Street, Suite 1100
        P.O. Box 1114
        Wilmington, DE 19899-1114
        Telephone: (302) 652-5070
        Facsimile: (302) 652-0607
        Email: tdevlin@fr.com

Attorney for: Defendants,
SAMSUNG ELECTRONICS CO. LTD.,
and SAMSUNG ELECTRONICS AMERICA, INC.,

Date: March 16, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: March 16, 2007                            _____
                                                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: *[signature]*

Date: 3/14/07

Richard A. Sterba
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-2500
(202) 626-7714
sterba@fr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, Virginia, and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 3/14/07

Michael J. McKeon
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-2500
202 626-6448
mckeon@fr.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2007, I electronically filed with the Clerk of Court MOTION AND ORDER FOR ADMISSION PRO HAC VICE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Andre G. Bouchard<br>John M. Seaman<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 | Attorneys for Plaintiff<br>Renesas Technology Corp. |

      I hereby certify that on March 16, 2007, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Michael M. Murray<br>James R. Klaiber<br>Christopher E. Chalsen<br>Milbank Tweed Hadley & McCloy - New York<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 | Attorneys for Plaintiff<br>Renesas Technology Corp. |

                                                              /s/ Timothy Devlin
                                                              Timothy Devlin

80042904.doc