IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendants. | C.A. No. 07-53-JJF |

### DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. UNOPPOSED MOTION TO STAY

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby move to stay Civil Action No. 07-53-JJF until the determination of ITC Investigation No. 337-TA-595 becomes final.

Samsung bases its motion on the supporting memorandum filed herewith.

Dated: March 21, 2007

FISH & RICHARDSON P.C.

By_____
Timothy Devlin (#4241)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Email:  tdevlin@fr.com

Michael J. McKeon
Richard A. Sterba
Brian R. Nester (#3581)
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC  20005-2500
(202) 783-5070

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## RULE 7.1 STATEMENT

Counsel for defendants have conferred with counsel for plaintiff regarding the issues addressed in this motion and this motion is unopposed.

_____
Timothy Devlin

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I electronically filed DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. MOTION TO STAY with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Andre G. Bouchard
John M. Seaman
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington, DE 19801

I hereby certify that on March 21, 2007, I have mailed by Federal Express, the document(s) to the following non-registered participants:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Timothy Devlin

80043210

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>    Defendants. | C.A. No. 07-53-JJF |

**ORDER GRANTING DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. UNOPPOSED MOTION TO STAY**

WHEREAS, the Court having considered the Motion to Stay of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), it is

HEREBY ORDERED that the Motion is GRANTED and that Civil Action No. 07-53-JJF shall be stayed until the determination of ITC Investigation No. 337-TA-595 becomes final.

SO ORDERED THIS ____ day of _____, 2007.

                                                                                        _____
                                                                                       Joseph J. Farnan, Jr.
                                                                                       United States District Judge

80043212.doc