IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-53 JJF |
| | : |
| SAMSUNG ELECTRONICS CO. LTD., | : |
| SAMSUNG ELECTRONICS | : |
| AMERICA INC., | : |
| | : |
| Defendants. | : |

### ORDER

WHEREAS, the Court having considered the unopposed Motion To Stay Of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America Inc. (collectively, "Samsung");

IT IS HEREBY ORDERED that Defendants' Motion To Stay is **GRANTED** (D.I. 14).

IT IS FURTHER ORDERED that the above-captioned action shall be stayed and **ADMINISTRATIVELY CLOSED** until the determination of ITC Investigation No. 337-TA-595 becomes final. Counsel shall file a joint status report every 120 days.

March 30, 2007
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE