IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENESAS TECHNOLOGY CORP.,           :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :   Civil Action No. 07-53 JJF
                                    :
SAMSUNG ELECTRONICS CO. LTD.,       :
SAMSUNG ELECTRONICS                 :
AMERICA INC.,                       :
                                    :
        Defendants.                 :

### ORDER

WHEREAS, the parties have requested a continuance of the April 20, 2007 Scheduling Conference (D.I. 16) to a date after May 10, 2007;

IT IS HEREBY ORDERED that:

1) The parties shall submit a Proposed Rule 16 Scheduling Order no later than June 1, 2007. The Proposed Order shall provide dates that will allow for trial to be scheduled no later than September 2008.

2) The April 20, 2007 Conference is **CANCELLED**.

April 4, 2007
DATE

UNITED STATES DISTRICT JUDGE