IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., <br> -and- <br> SAMSUNG ELECTRONICS AMERICA INC., <br><br> Defendants. | Civil Action No. 07-53 (JJF) <br> Civil Action No. 07-54 (JJF) |

## JOINT STATUS REPORT

This Court's Order of March 30, 2007 (D.I. 17) stayed Civil Action No. 07-53 (JJF) pending resolution of ITC Investigation No. 337-TA-595. Paragraph 3 of that Order requested that the parties jointly report on the status of the ITC investigation every 120 days. The Court's Order of July 11, 2007 (D.I. 31), stayed Civil Action No. 07-54 (JJF) and consolidated it with Civil Action No. 07-53 (JJF). Pursuant to these orders, Plaintiff Renesas Technology Corp. and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America Inc. submit this Joint Status Report.

The ITC 595 Investigation is ongoing. The ITC 595 Investigation is targeted for completion on June 2, 2008.

The next Joint Status Report will be due on November 30, 2007.

DATED: July 27, 2007

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | FISH & RICHARDSON P.C. |
| By: /s/ John M. Seaman<br>Andre G. Bouchard (I.D. No. 2504)<br>John M. Seaman (I.D. No. 3868)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: 302.573.3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com | By: /s/ Timothy Devlin<br>Timothy Devlin (I.D. No. 4241)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br>tdevlin@fr.com |
| Of Counsel:<br><br>Christopher E. Chalsen<br>Michael M. Murray<br>James R. Klaiber<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: 212.530.5000<br>cchalsen@milbank.com<br>mmurray@milbank.com<br>jklaiber@milbank.com | Of Counsel:<br><br>Michael J. McKeon<br>Brian R. Nester (I.D. No. 3581)<br>Richard A. Sterba<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, DC 20005-2500<br>Telephone: (202) 783-5070 |
| *Attorneys for Plaintiff*<br>*Renesas Technology Corp.* | *Attorneys for Defendants*<br>*Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc.* |