IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RENESAS TECHNOLOGY CORP.,

Plaintiff,

v.

Civil Action No. 07-53 (JJF)

SAMSUNG ELECTRONICS CO. LTD.,
-and-
SAMSUNG ELECTRONICS AMERICA INC.,

Defendants.

## **NOTICE AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Renesas

Technology Corp. ("Renesas") hereby files this notice of dismissal of the above captioned case

against Samsung Electronics Co., Ltd. and Samsung Electronics America Inc. (collectively

"Samsung") pursuant to a Settlement Agreement dated April 25, 2008. The dismissal of this

action shall be with prejudice, with each party bearing its own costs and attorney's fees, and

subject to the provisions, terms, and conditions of the Settlement Agreement.

Bouchard Margules & Friedlander, P.A.

By: /s/ Sean M. Brennecke
Andre G. Bouchard (I.D. No. 2504)
David J. Margules (I.D. No. 2254)
Sean M. Brennecke (I.D. No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
dmargules@bmf-law.com
sbrennecke@bmf-law.com

Of Counsel:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000

*Attorneys for Plaintiff*
*Renesas Technology Corp.*

Dated: April 29, 2008

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge