IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>-and-<br>SAMSUNG ELECTRONICS AMERICA INC.,<br><br>Defendants. | Civil Action No. 07-53 (JJF) |

## NOTICE AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Renesas Technology Corp. ("Renesas") hereby files this notice of dismissal of the above captioned case against Samsung Electronics Co., Ltd. and Samsung Electronics America Inc. (collectively "Samsung") pursuant to a Settlement Agreement dated April 25, 2008. The dismissal of this action shall be with prejudice, with each party bearing its own costs and attorney's fees, and subject to the provisions, terms, and conditions of the Settlement Agreement.

                                        Bouchard Margules & Friedlander, P.A.

                                        By:    /s/ Sean M. Brennecke
                                        Andre G. Bouchard (I.D. No. 2504)
                                        David J. Margules (I.D. No. 2254)
                                        Sean M. Brennecke (I.D. No. 4686)
                                        222 Delaware Avenue, Suite 1400
                                        Wilmington, DE 19801
                                        Telephone: 302.573.3500
                                        abouchard@bmf-law.com
                                        dmargules@bmf-law.com
                                        sbrennecke@bmf-law.com

Of Counsel:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000

*Attorneys for Plaintiff*
*Renesas Technology Corp.*


Dated: April 29, 2008



IT IS SO ORDERED this  9  day of  May , 2008.

_____
United States District Judge

2