AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>07cv53 | DATE FILED<br>1/26/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Renesas Technology Corp. | | DEFENDANT<br>Samsung Electronics Co.,Ltd., et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,115,344 B2 | 10/3/2006 | Renesas Technology Corp. |
| 2 | US 7,116,128 B2 | 10/3/2006 | Renesas Technology Corp. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Stipulation of Dismissal |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>Nicole M. Selmyer | DATE<br>5/16/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>　　　　　-and-<br>SAMSUNG ELECTRONICS AMERICA INC.,<br><br>　　　　　　Defendants. | Civil Action No. 07-53 (JJF) |

## NOTICE AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Renesas Technology Corp. ("Renesas") hereby files this notice of dismissal of the above captioned case against Samsung Electronics Co., Ltd. and Samsung Electronics America Inc. (collectively "Samsung") pursuant to a Settlement Agreement dated April 25, 2008. The dismissal of this action shall be with prejudice, with each party bearing its own costs and attorney's fees, and subject to the provisions, terms, and conditions of the Settlement Agreement.

                                        Bouchard Margules & Friedlander, P.A.

                                        By:   /s/ Sean M. Brennecke
                                        Andre G. Bouchard (I.D. No. 2504)
                                        David J. Margules (I.D. No. 2254)
                                        Sean M. Brennecke (I.D. No. 4686)
                                        222 Delaware Avenue, Suite 1400
                                        Wilmington, DE 19801
                                        Telephone: 302.573.3500
                                        abouchard@bmf-law.com
                                        dmargules@bmf-law.com
                                        sbrennecke@bmf-law.com

Of Counsel:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000

*Attorneys for Plaintiff
Renesas Technology Corp.*

Dated: April 29, 2008


IT IS SO ORDERED this __9__ day of __May__, 2008.

_____
United States District Judge

2